IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LLOYD T. SCHUENKE,

                                                                     ORDER

                Petitioner,

                                                                     10-cv-717-bbc

    v.

UNITED STATES OF AMERICA,
BARACK OBAMA United States President,
UNITED STATES CONGRESS,
STATE OF WISCONSIN, COUNTY OF MILWAUKEE,
CITY OF MILWAUKEE,
JAMES E. DOYLE Wisconsin Governor,
WISCONSIN STATE LEGISLATURE,
RICK RAEMISCH Secretary of Corrections and
MICHAEL S. THURMER Warden Waupun Correctional
Institution,

                Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order signed on November 18, 2010, I denied petitioner's request for leave to proceed in forma pauperis and assessed the $5.00 filing fee for filing an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. I gave petitioner until December 9, 2010, in which to make the $5.00 payment. This order has since been returned to the court in the mail as "attempted - not known, unable to forward". The clerk's office has called Waupun

1

Correctional Institution and confirmed that petitioner Lloyd Schuenke is still housed there. The clerk's office has re-mailed the original order as well. I will allow petitioner an additional three weeks, until December 28, 2010 to submit the $5.00 payment to pay the filing fee in this case. Petitioner should show a copy of this order to prison officials to insure that they are aware they should send petitioner's payment to this court.

In another matter, petitioner has filed two letters requesting a copy of his petition. On this one occasion, I will return a copy of petitioner's petition with a copy of this order. Petitioner must be aware that he is to retain a copy of his submissions for his own files. The court does not provide free copies of documents to litigants. In the future, if petitioner wants the court to copy documents for him, he will have to pay for the copies at the rate of $.10 a page.

ORDER

IT IS ORDERED that petitioner Lloyd Schuenke may have until December 28, 2010, in which to submit a check or money order made payable to the clerk of court in the amount of $5.00. If, by December 28, 2010, petitioner fails to make the payment or show cause for his failure to do so, the clerk of court is directed to close this case for petitioner's

failure to prosecute it.

Entered this 8th day of December, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge